(April 29, 2003)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAMON CORREA, Appellant. [757 NYS2d 734] —Judgment, Su-

preme Court, Bronx County (Robert Cohen, J.), rendered September 20, 2000, convicting defendant, after a nonjury trial, of criminally negligent homicide, leaving the scene of an incident without reporting, driving without a license, driving the wrong way on a one-way street and reckless driving, and sentencing him to an aggregate term of 2⅓ to 7 years, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence (*People v Bleakley*, 69 NY2d 490 [1987]). There is no basis for disturbing the court's determinations concerning credibility. Evidence properly credited by the court clearly established defendant's guilt of criminally negligent homicide (*see People v Boutin*, 75 NY2d 692 [1990]).

We perceive no basis for reducing the sentence. Concur—Buckley, P.J., Mazzarelli, Ellerin, Williams and Gonzalez, JJ.